IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, § § § § § § Plaintiff, § § v. § § THE HEARTLAND GROUP VENTURES, LLC; § HEARTLAND PRODUCTION AND RECOVERY § LLC; HEARTLAND PRODUCTION AND § RECOVERY FUND LLC; HEARTLAND § PRODUCTION AND RECOVERY FUND II LLC; § THE HEARTLAND GROUP FUND III, LLC; § HEARTLAND DRILLING FUND I, LP; CARSON § OIL FIELD DEVELOPMENT FUND II, LP; § ALTERNATIVE OFFICE SOLUTIONS, LLC; § ARCOOIL CORP.; BARRON PETROLEUM § LLC; JAMES IKEY; JOHN MURATORE; § THOMAS BRAD PEARSEY; MANJIT SINGH § (AKA ROGER) SAHOTA; and RUSTIN § BRUNSON, § § Defendants, § § § § and § § § DODSON PRAIRIE OIL & GAS LLC; PANTHER § CITY ENERGY LLC; MURATORE FINANCIAL § SERVICES, INC.; BRIDY IKEY; ENCYPHER § BASTION, LLC; IGROUP ENTERPRISES LLC; § HARPRIT SAHOTA; MONROSE SAHOTA; § SUNNY SAHOTA; BARRON ENERGY § CORPORATION; DALLAS RESOURCES INC.; § LEADING EDGE ENERGY, LLC; SAHOTA § CAPITAL LLC; and 1178137 B.C. LTD., § § Relief Defendants. § § | Misc. No. 22-91004-PBS<br><br><br><br>Related to<br>Civ. No. 4-21CV-1310-O<br>United States District<br>Court for the Northern<br>District of Texas,<br>Fort Worth Division |

1

## NOTICE OF ORDER APPOINTING RECEIVER PURSUANT TO 28 U.S.C. § 754

NOTICE IS HEREBY GIVEN that Deborah D. Williamson, as the Court-appointed Receiver (the "Receiver") in the above-captioned action pending before the United States District Court for the Northern District of Texas, Fort Worth Division (the "Receivership Court"), hereby files with the United States District Court for the District of Massachusetts (the "District") a copy of the Complaint, attached hereto as **Exhibit A**, and the *Order Appointing Receiver* [TXND Case No. 4-21CV-1310-O, ECF No. 17] (the "Receivership Order"),[1] attached hereto as **Exhibit B**, previously filed in and entered by the Receivership Court.

The attached Receivership Order, among other things, appoints Deborah D. Williamson as Receiver of all assets of The Heartland Group Ventures, LLC; Heartland Production and Recovery LLC; Heartland Production and Recovery Fund LLC; Heartland Production and Recovery Fund II LLC; The Heartland Group Fund III, LLC; Heartland Drilling Fund I, LP; Carson Oil Field Development Fund II, LP; Alternative Office Solutions, LLC; Arcooil Corp.; Barron Petroleum LLC; Dodson Prairie Oil & Gas LLC; Panther City Energy LLC; Encypher Bastion, LLC; Barron Energy Corporation; Dallas Resources Inc.; Leading Edge Energy, LLC; Sahota Capital LLC; and 1178137 B.C. LTD., and was duly entered and filed by the Receivership Court. The Receiver believes that Receivership Assets may exist in the District. Accordingly, the attached Complaint and Receivership Order are being filed by the Receiver in the District pursuant to 28 U.S.C. § 754, which provides in part:

> [T]he receiver shall, within ten days after the entry of [her] order of appointment, file copies of the complaint and such order of appointment in the district court for each district in which property is located[.]

---

[1] Capitalized terms used herein but not otherwise defined shall have the meaning ascribed in the Receivership Order.

28 U.S.C. § 754.

The attached Complaint and Receivership Order are being filed by the Receiver for notice purposes only.

Dated: January 3, 2022

Respectfully submitted,

By: */s/ Deborah D. Williamson*
Deborah D. Williamson
*(Receiver)*
State Bar No. 21617500
dwilliamson@dykema.com
**DYKEMA GOSSETT PLLC**
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 554-5500
Facsimile: (210) 226-8395

Jeffrey R. Fine
*(Lead Counsel)*
State Bar No. 07008410
jfine@dykema.com
Alison R. Ashmore
State Bar No. 24059400
aashmore@dykema.com
**DYKEMA GOSSETT PLLC**
1717 Main Street, Suite 4200
Dallas, Texas 75201
Telephone: (214) 462-6400
Facsimile: (214) 462-6401

and

Danielle N. Rushing
State Bar No. 24086961
drushing@dykema.com
**DYKEMA GOSSETT PLLC**
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 554-5500
Facsimile: (210) 226-8395

and

Rose L. Romero
State Bar No. 17224700
Rose.Romero@RomeroKozub.com
**LAW OFFICES OF ROMERO | KOZUB**
235 N.E. Loop 820, Suite 310
Hurst, Texas 76053
Telephone: (682) 267-1351

**COUNSEL TO RECEIVER**